UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF CONNECTICUT

**CHANGE OF PLEA**

Honorable Kari A. Dooley
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut

**Thursday, September 24, 2020**
**2:30 P.M.**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:20CR58 (KAD) **RKALE** |
| v. | 18 USC § 3 – **COUNT ONE**<br>ACCESSORY AFTER THE FACT TO VCAR MURDER |
| HENRY FLOY<br>Audrey Felsen, Esq. | PENALTY:<br>MAXIMUM OF 15 YEARS OF IMPRISONMENT<br>FINE OF $125,000<br>SUPERVISED RELEASE OF NO MORE THAN 3 YRS<br>SPECIAL ASSESSMENT OF $100.00 |
| | 18 USC § 2312 – **COUNT TWO**<br>TRANSPORTATION OF STOLEN VEHICLE |
| | PENALTY:<br>MAXIMUM OF 10 YEARS OF IMPRISONMENT<br>FINE OF $250,000<br>SUPERVISED RELEASE OF NO MORE THAN 3 YRS<br>SPECIAL ASSESSMENT OF $100.00 |

TO:   HONORABLE KARI A. DOOLEY – UNITED STATES DISTRICT JUDGE
      HONORABLE WILLIAM I. GARFINKEL – UNITED STATES MAGISTRATE JUDGE

CC:   UNITED STATES ATTORNEY'S OFFICE - BRIDGEPORT, NEW HAVEN & HARTFORD
      UNITED STATES MARSHAL'S OFFICE – BRIDGEPORT
      UNITED STATES CLERK'S OFFICE - BRIDGEPORT
      UNITED STATES PROBATION OFFICE – BRIDGEPORT
      SPECIAL AGENT ERIN MCNAMARA – FEDERAL BUREAU OF INVESTIGATION
      AUDREY FELSEN, ESQ. – KOFFSKY & FELSEN, LLC
          1150 BEDFORD STREET, STAMFORD, CONNECTICUT 06905